UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



FILED
JUN 27 2016
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>DAVID ALFRED VALENCIA,<br><br>      Defendant. | CASE NO. 16CR0150-MMA<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

21:841(a)(1) - Possession of Methamphetamine with Intent to Distribute (Felony)

18:924(C)(1) - Felon in possession of a Firearm in Furtherance of a Drug Trafficking Crime (Felony)

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 27, 2016

                  _/s/ Bernard G. Skomal_
                  Bernard G. Skomal
                  U.S. Magistrate Judge